IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| N.E.C.A. LOCAL UNION NO. 313 I.B.E.W. HEALTH AND WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> H & H SERVICES ELECTRICAL CONTRACTORS, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 22-1090 (MN) |

**CLERK'S ENTRY OF DEFAULT**

At Wilmington, this 10th day of November 2022;

Plaintiffs' Request to Enter Default Pursuant to F.R.C.P. 55(a) (D.I. 6) and the Court docket show that:

1.   On August 19, 2022, Plaintiffs N.E.C.A. Local Union No. 313 I.B.E.W. Health and Welfare Fund, N.E.C.A. Local Union No. 313 I.B.E.W. Pension Fund, N.E.C.A. Local Union No. 313 I.B.E.W. Deferred Income Plan, I.B.E.W. Local 313/N.E.C.A. Labor Management Cooperation Committee, International Brotherhood of Electrical Workers Local Union No. 313, and I.B.E.W. Joint Apprenticeship & Training Center Fund N.E.C.A. Local Union 313 (collectively, "Plaintiffs") filed a Complaint against Defendants H & H Services Electrical Contractors, Inc. ("H&H") and James J. Howard ("Howard")[1] (D.I. 1).

2.   On August 22, 2022, Plaintiffs served the summons and Complaint upon H&H. (D.I. 3; D.I. 6 ¶ 2 of the Declaration of Rick S. Miller).

---

[1]   On September 22, 2022, Plaintiffs voluntarily dismissed Howard.  (D.I. 5).

3.  Pursuant to Rule 12 of the Federal Rules of Civil Procedure, the time for H&H to move, answer, or otherwise respond to the Complaint was September 12, 2022.

4.  H&H has not served an answer to the Complaint, nor has it made any appearance in the present action and, as a result, has failed to plead or otherwise defend against the judgment that Plaintiffs seek in the Complaint.

THEREFORE, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, DEFAULT is HEREBY ENTERED against Defendant H & H Services Electrical Contractors, Inc.

Plaintiffs' shall serve of copy of this Clerk's Entry of Default upon H&H and shall file a proof of service regarding same.

JOHN A. CERINO, Clerk of Court

By : *April Smith*
April Smith, Deputy Clerk