IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| N.E.C.A. LOCAL UNION NO. 313 I.B.E.W. HEALTH AND WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> H&H SERVICES ELECTRICAL CONTRACTORS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 22-1090 (MN) ) ) ) ) ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 22nd day of June 2023:

WHEREAS, on May 30, 2023, Magistrate Judge Hall issued a Report & Recommendation (D.I. 21) ("the Report") granting Plaintiffs' Motion for Judgment by Default Pursuant to Federal Rule of Civil Procedure 55(b)(2) against Defendant (D.I. 13); and

WHEREAS, no party filed objections to the Report and the Court finds no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED, that the Report and Recommendation (D.I. 21) is ADOPTED.  Plaintiffs' Motion for Judgment by Default Pursuant to Federal Rule of Civil Procedure 55(b)(2) against Defendant (D.I. 13) is GRANTED.  Default judgment shall be entered against Defendant using Plaintiffs' proposed Judgment by Default Pursuant to Fed. R. Civ. P. 55(b) (D.I. 20) with the edits as set forth in the Report.

IT IS FURTHER ORDERED that the Clerk of Court is directed to CLOSE this case.

_____
The Honorable Maryellen Noreika
United States District Court Judge